IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01523-CMA-MJW

MICHAEL McGEE,

    Plaintiff,

v.

FAITHON LUCAS,

    Defendant.

_____

**DEFENDANT FAITHON LUCAS' DESIGNATION OF NONPARTIES AT FAULT**
_____

    COMES NOW defendant Faithon Lucas, and respectfully files this designation of nonparties pursuant to 13-21-111.5:

    1.    The assailant who fired the shots which struck Plaintiff McGee. The identity of this person has not been determined. According to Sheriff investigation, the assailant targeted the vehicle in which McGee was located. Efforts to determine this person's identity are ongoing through the Sheriff's Department of Jefferson County, Colorado.

    2.    The City and County of Denver: The assailant was in the Red Rocks Park according to Sheriff investigation and not the amphitheater venue. Denver, pursuant to its contract with Faithon Lucas, provided at Lucas' expense security personnel for the event. The area of the Red Rocks Park where the assailant was located is owned by Denver. The assailant was armed with a rifle and firearms are not permitted in the Park. This assumes the City and County of Denver knew or reasonably should have known of the assailant, his purpose, location

and intent prior to the shooting, and had a reasonable opportunity to warn of or to make safe this "condition".

Respectfully submitted this 30th day of December 2016.

        s/ Glendon L. Laird
        _____
        Glendon L. Laird
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        5600 S. Quebec Street, Suite C100
        P.O. Box 4467
        Greenwood Village, CO 80111
        Phone: (303) 293-8800
        Fax: (303) 839-0036
        E-mail: glaird@mdmc-law.com
        *Attorneys for Defendant Faithon Lucas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2016, a true and correct copy of the foregoing **DEFENDANT FAITHON LUCAS' DESIGNATION OF NONPARTIES AT FAULT** was electronically filed with the Clerk of Court using the CM/ECF system and served to the following parties via email:

Elliot M. Tiomkin
Law Offices of Elliot N. Tiomkin
4933 Lindley Avenue
Tarzana, California 91356
etiomkin@gmail.com
*Attorney for Plaintiff*

            *s/ Glendon L. Laird*
            _____
            Glendon L. Laird
            McElroy, Deutsch, Mulvaney & Carpenter, LLP
            5600 S. Quebec Street, Suite C100
            P.O. Box 4467
            Greenwood Village, CO 80111
            Phone: (303) 293-8800
            Fax: (303) 839-0036
            E-mail: glaird@mdmc-law.com
            *Attorneys for Defendant Faithon Lucas*